[redacted]

## BALDWIN v. HIGGINS.

No. 122.

Circuit Court of Appeals, Second Circuit.
Dec. 5, 1938.

[redacted]

[redacted]

Richard Blaine Dawson, of New York City (Morris A. Schoenfeld, and Irvin T. Pollack, both of New York City, of counsel), for appellant.

Lamar Hardy, U. S. Atty., of New York City (Clarence W. Roberts, Asst. U. S. Atty., of New York City, of counsel), for appellee.

Before MANTON, SWAN, and CHASE, Circuit Judges.

PER CURIAM.

This action seeks recovery of overpayment of income tax for the year 1932. By a compromise, a balance of tax due was agreed upon and some payments made. A

balance remaining unpaid, the taxpayer repudiated the agreement and sued to recover that which he had paid. The case was tried without a jury. There are no findings of fact presented in this record. No rulings in the progress of the trial were excepted to at the time nor are they duly presented by the bill of exceptions. No substantial question on the pleadings is presented. The judgment will therefore be affirmed. Harvey Co. v. Malley, 288 U.S. 415, 53 S.Ct. 426, 77 L.Ed. 866; Eastman Kodak Co. v. Gray, 292 U.S. 332, 54 S.Ct. 722, 78 L.Ed. 1291; Armstrong v. Metropolitan Life Ins. Co., 8 Cir., 85 F.2d 185.

Judgment affirmed.